IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEENAN BOATWRIGHT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D.C. DEPARTMENT OF CORRECTIONS, et al.<br><br>　　　　　Defendants. | Civil Action No. 1:14-cv-00260 (RJL) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT D.C. DEPARTMENT OF CORRECTIONS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Keenan Boatwright hereby voluntarily dismisses Defendant D.C. Department of Corrections from this action without prejudice.  Defendant D.C. Department of Corrections has not yet served an answer or filed a motion for summary judgment in this case.

Dated:  June 11, 2014

Respectfully submitted,

/s/ Laura M. Hussain
_____
Thomas G. Saunders (D.C. Bar No. 503012)
Laura M. Hussain (D.C. Bar No. 988151)
WILMER CUTLER PICKERING HALE AND
　DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
laura.hussain@wilmerhale.com

Deborah M. Golden (D.C. Bar No. 470578)
WASHINGTON LAWYERS' COMMITTEE ON
CIVIL RIGHTS AND URBAN AFFAIRS
D.C. Prisoners' Rights Project

11 Dupont Circle, N.W., Suite 400  
Washington, D.C. 20036  
Phone : (202) 319-1000  
Fax: (202) 319-1010  

*Attorneys for Keenan Boatwright*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 11th day of June, 2014, I electronically filed the foregoing Plaintiff's Notice of Voluntary Dismissal of Defendant D.C. Department of Corrections with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties to this action.

/s/ Laura M. Hussain
_____

Laura M. Hussain (D.C. Bar No. 988151)
WILMER CUTLER PICKERING HALE AND
   DORR LLP
*Attorney for Keenan Boatwright*