UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEENAN BOATWRIGHT | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : Case No.: 1:14-cv-260 |
| | : |
| D.C. DEPARTMENT OF | : |
| CORRECTIONS, *et al.*, | : |
| | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

  PLEASE ENTER the appearance of Mariana D. Bravo, Esquire and Mathew D. Berkowitz, Esquire, and the law firm of Carr Maloney P.C. as counsel for Corrections Corporation of America.

          CORRECTIONS CORPORATION OF AMERICA
          By Counsel

  By: ___/s/_____
      Mariana D. Bravo, 473809
      Mathew D. Berkowitz, 974170
      Carr Maloney P.C.
      2000 L Street, NW, Suite 450
      Washington, DC  20036
      202-310-5500 (Telephone)
      mdb@carrmaloney.com
      mb@carrmaloney.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing *Entry of Appearance* was filed electronically on this 14th day of July, 2014 to:

      Thomas G. Saunders, Esquire
      Laura M. Hussain, Esquire
      Wilmer Cutler Pickering Hale and Dorr, LLP
      1875 Pennsylvania Avenue, NW
      Washington, D.C.  20006

      Deborah M. Golden, Esquire
      Washington Lawyers' Committee for
      Civil Rights and Urban Affairs
      D.C. Prisoners' Rights Project
      11 DuPont Circle, NW
      Suite 400
      Washington, D.C.  20036

      /s/
Mariana D. Bravo