UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEENAN BOATWRIGHT | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : Case No.: 1:14-cv-260 |
| | : |
| D.C. DEPARTMENT OF CORRECTIONS, *et al.*, | : |
| | : |
| | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

      PLEASE ENTER the appearance of Mariana D. Bravo, Esquire and Mathew D. Berkowitz, Esquire, and the law firm of Carr Maloney P.C. as counsel for Corrections Corporation of America.

                                  CORRECTIONS CORPORATION OF AMERICA
                                  By Counsel

By:     \_\_\_/s/_____
           Mariana D. Bravo, 473809
           Mathew D. Berkowitz, 974170
           Carr Maloney P.C.
           2000 L Street, NW, Suite 450
           Washington, DC  20036
           202-310-5500 (Telephone)
           mdb@carrmaloney.com
           mb@carrmaloney.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing *Entry of Appearance* was filed electronically on this 14th day of July, 2014 to:

>Thomas G. Saunders, Esquire
>Laura M. Hussain, Esquire
>Wilmer Cutler Pickering Hale and Dorr, LLP
>1875 Pennsylvania Avenue, NW
>Washington, D.C.  20006
>
>Deborah M. Golden, Esquire
>Washington Lawyers' Committee for
>Civil Rights and Urban Affairs
>D.C. Prisoners' Rights Project
>11 DuPont Circle, NW
>Suite 400
>Washington, D.C.  20036

                          /s/
                        Matthew D. Berkowitz