IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEENAN BOATWRIGHT,<br><br>                Plaintiff,<br><br>        v.<br><br>D.C. DEPARTMENT OF CORRECTIONS, et al.<br><br>                Defendants. | Civil Action No. 1:14-cv-00260 (RJL) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT CORRECTIONS CORPORATION OF AMERICA

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Keenan Boatwright and Defendant Corrections Corporation of America ("CCA") file this Joint Stipulation of Dismissal With Prejudice, and stipulate as follows:

1. Plaintiff hereby dismisses with prejudice all claims that were or could have been asserted against Defendant Corrections Corporation of America in this action.

2. Each party will bear its own attorneys' fees and costs.


    So ordered:     _____
                    Hon. Richard J. Leon
                    United States District Judge


    Dated:          _____, 2014

Respectfully submitted,

| KEENAN BOATWRIGHT | CORRECTIONS CORPORATION OF AMERICA |
|---|---|
| By counsel: | By counsel: |
| */s/ Laura M. Hussain* | */s/ Anne M. Orcutt* |
| THOMAS G. SAUNDERS (503012) <br> LAURA M. HUSSAIN (988151) <br> WILMER CUTLER PICKERING HALE AND DORR LLP <br> 1875 Pennsylvania Ave. N.W. <br> Washington, D.C. 20006 <br> Tel:   (202) 663-6000 <br> Fax:   (202) 663-6363 <br> laura.hussain@wilmerhale.com <br><br> DEBORAH M. GOLDEN (470578) <br> WASHINGTON LAWYERS' COMMITTEE ON CIVIL RIGHTS AND URBAN AFFAIRS <br> D.C. PRISONER'S RIGHTS PROJECT <br> 11 Dupont Circle N.W., Suite 400 <br> Washington D.C. 20036 <br> Tel:  (202) 319-1000 <br> Fax:  (202) 319-1010 | DANIEL P. STRUCK (CO0037) <br> ANNE M. ORCUTT (OK0011) <br> STRUCK WIENEKE & LOVE, P.L.C. <br> 3100 West Ray Road, Suite 300 <br> Chandler, AZ 85226 <br> Tel:   (480) 420-1600 <br> Fax:   (480) 420-1699 <br><br> MARIANA D. BRAVO (473809) <br> MATTHEW BERKOWITZ (974170) <br> JOSEPH E. HAINLINE (MD 17773) <br> CARR MALONEY, P.C. <br> 2000 L Street, N.W., Suite 450 <br> Washington, DC 20036 <br> Tel:   (202) 310-5500 <br> Fax:    (202) 310-5555 |