# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KEENAN BOATWRIGHT,

       Plaintiff,

    v.

D.C. DEPARTMENT OF CORRECTIONS, et al.

       Defendants.

Civil Action No. 1:14-cv-00260 (RJL)

# FILED

## SEP 03 2014

**Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT CORRECTIONS CORPORATION OF AMERICA

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Keenan Boatwright and Defendant Corrections Corporation of America ("CCA") file this Joint Stipulation of Dismissal With Prejudice, and stipulate as follows:

1.    Plaintiff hereby dismisses with prejudice all claims that were or could have been asserted against Defendant Corrections Corporation of America in this action.

2.    Each party will bear its own attorneys' fees and costs.

So ordered:    _____

Hon. Richard J. Leon
United States District Judge

Dated:        _____9/2_____, 2014