AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Keenan Boatwright | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 14-cv-260 (RJL) |
| D.C. Department of Corrections, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Keenan Boatright.

Date:   08/27/2015

/s/ Thomas G. Saunders
*Attorney's signature*

Thomas G. Saunders, Bar No. 503012
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
*Address*

thomas.saunders@wilmerhale.com
*E-mail address*

(202) 663-6000
*Telephone number*

(202) 663-6363
*FAX number*