UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEENAN BOATWRIGHT,<br><br>                  Plaintiff,<br><br>    vs.<br><br>D.C. DEPARTMENT OF CORRECTIONS, et al.,<br><br>                  Defendants. | Civil Action No. 1:14-cv-260 (RJL) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that the appearance of Laura M. Hussain for Plaintiff is hereby withdrawn. Plaintiff will continue to be represented by the law firm Wilmer Cutler Pickering Hale and Dorr LLP and the Washington Lawyers' Committee on Civil Rights and Urban Affairs.

                                          Respectfully submitted,

                                          /s/ Laura M. Hussain
                                          Laura M. Hussain (No. 988151)
                                          WILMER CUTLER PICKERING HALE
                                          AND DORR LLP
                                          1875 Pennsylvania Avenue NW
                                          Washington, DC 20005
                                          (202) 663-6000
                                          laura.hussain@wilmerhale.com

                                          *Counsel for Keenan Boatwright*

August 27, 2015