**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

KEENAN BOATWRIGHT,

        Plaintiff,

    v.

D.C. DEPARTMENT OF CORRECTIONS, et al.

        Defendants.

Civil Action No. 1:14-cv-00260 (RJL)

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT PHOENIX HOUSES OF THE MID-ATLANTIC, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Keenan Boatwright and Defendant Phoenix Houses of the Mid-Atlantic, Inc. file this Joint Stipulation of Dismissal With Prejudice, and stipulate as follows:

1.    Plaintiff hereby dismisses with prejudice all claims that were or could have been asserted against Defendant Phoenix Houses of the Mid-Atlantic, Inc. in this action.

2.    Each party will bear its own attorneys' fees and costs.


So ordered:      _____

                      Hon. Richard J. Leon
                      United States District Judge


Dated:          _____, 2016

Respectfully submitted,


KEENAN BOATWRIGHT

By counsel:

/s/ Thomas G. Saunders

THOMAS G. SAUNDERS (503012)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Ave. N.W.
Washington, D.C. 20006
Tel:     (202) 663-6000
Fax:     (202) 663-6363
thomas.saunders@wilmerhale.com

PHOENIX HOUSES OF THE
MID-ATLANTIC, INC.

By counsel:

/s/ Lauryn K. Fraas

LAURYN K. FRAAS (984887)
MITCHELL S. ETTINGER (415451)
SKADDEN ARPS SLATE
    MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Tel:    (202) 371-7578
Fax:    (202) 661-0578
lauryn.fraas@skadden.com