**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **KEENAN BOATWRIGHT,** <br><br> **Plaintiff,** <br><br> v. <br><br> **SHARON MAYS JACKS** <br><br> **and** <br><br> **SHARI A. LEWIS,** <br><br> **Defendants.** | ) | **Civil Case No. 14-260 (RJL)** |

**FILED**
**MAR - 9 2017**
**Clerk, U.S. District & Bankruptcy Courts for the District of Columbia**

**ORDER**

March 8th, 2017 [Dkt. #25]

For the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby

**ORDERED** that defendants' Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that the Complaint be **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that the above-captioned case be terminated.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge